**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION LAW FOUNDATION, ENVIRONMENTAL DEFENSE FUND, PUBLIC CITIZEN, and SIERRA CLUB, | ) | |
| *Petitioners*, | ) | |
| v. | ) | Case No. 26-1261 |
| NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, in his official capacity as Administrator of the National Highway Traffic Safety Administration; and SEAN DUFFY, in his official Capacity as Secretary of the U.S. Department of Transportation, | ) | |
| *Respondents*. | ) | |

**PETITION FOR REVIEW**

In accordance with 49 U.S.C. § 32909(a)(1), Federal Rule of Appellate Procedure 15, and D.C. Circuit Rule 15(a)(1), Petitioners Center for Biological Diversity, Conservation Law Foundation, Environmental Defense Fund, Public Citizen, and Sierra Club hereby petition this Court for review of the final action taken by Respondent National Highway Traffic Safety Administration entitled "The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years

2022 to 2031 Passenger Cars and Light Trucks" (attached hereto), published at 91 Fed. Reg. 61,988 (September 30, 2026).

Respectfully submitted,
/s/ Joshua A. Berman
JOSHUA A. BERMAN
Senior Attorney
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org

VERA PARDEE
726 Euclid Avenue
Berkeley, CA 94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Sierra Club*

(additional counsel on following page)

DAVID PETTIT
Senior Attorney
Center for Biological Diversity
2100 Franklin St., Ste. 375
Oakland, CA 94612
(510) 844-7100
dpettit@biologicaldiversity.org

*Counsel for Center for Biological Diversity*

JAMES CROWLEY
Conservation Law Foundation
235 Promenade St., Ste. 560
Providence, RI 02908
(401) 228-1905
jcrowley@clf.org

*Counsel for Conservation Law Foundation*

ANDREW P. SU
ALICE M. HENDERSON
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7236
asu@edf.org
ahenderson@edf.org

MEGAN M. HERZOG
KERI R. DAVIDSON
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Avenue, SE
Washington, DC 20003
(203) 215-6188
megan@donahuegoldberg.com
keri@donahuegoldberg.com

*Counsel for Environmental Defense Fund*

ADINA H. ROSENBAUM
ALLISON M. ZIEVE
Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org
azieve@citizen.org

*Counsel for Public Citizen*

# CERTIFICATE OF SERVICE

I hereby certify that I caused three true and correct copies of this Petition for Review to be served on October 2, 2026, by hand on the following address, which is common to both the National Highway Traffic Safety Administration and the U.S. Department of Transportation:

1200 New Jersey Avenue SE
Washington DC 20590

/s/ Joshua A. Berman
Joshua A. Berman
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org