**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) | |
| *Petitioners*, | ) | |
| v. | ) | Case No. 26-1261 |
| NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION, *et al.*, | ) | |
| *Respondents*. | ) | |

**RULE 26.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioners in the above-captioned case make the following disclosures:

Center for Biological Diversity is a non-profit corporation organized under the laws of the State of Arizona, whose mission is to ensure the preservation, protection, and restoration of biodiversity, native species, ecosystems, public lands and waters, and public health through science, policy, and environmental law. Center for Biological Diversity does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Center for Biological Diversity.

Conservation Law Foundation is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts, whose mission is to protect New England's environment for the benefit of all people by using the law, science and

the market to create solutions that preserve our natural resources, build healthy communities, and sustain a vibrant economy. Conservation Law Foundation does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Conservation Law Foundation.

Environmental Defense Fund is a non-profit corporation organized under the laws of the State of New York, dedicated to finding practical solutions to critical environmental problems through the use of law, policy, science, and economics. Environmental Defense Fund does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Environmental Defense Fund.

Public Citizen is a non-profit corporation organized under the laws of the District of Columbia, dedicated to advancing health and safety, consumer protection, and the environment, among other things. Public Citizen does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Public Citizen.

Sierra Club is a non-profit corporation organized under the laws of the State of California, whose mission is to explore, enjoy, and protect the planet; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out those objectives.

Sierra Club does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Sierra Club.

DATED: October 9, 2026

Respectfully submitted,
/s/ Joshua A. Berman

JOSHUA A. BERMAN
Senior Attorney
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org

VERA PARDEE
726 Euclid Avenue
Berkeley, CA 94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Sierra Club*

(additional counsel on following page)

DAVID PETTIT
Senior Attorney
Center for Biological Diversity
2100 Franklin St., Ste. 375
Oakland, CA 94612
(510) 844-7100
dpettit@biologicaldiversity.org

*Counsel for Center for Biological Diversity*

JAMES CROWLEY
Conservation Law Foundation
235 Promenade St., Ste. 560
Providence, RI 02908
(401) 228-1905
jcrowley@clf.org

*Counsel for Conservation Law Foundation*

ANDREW P. SU
ALICE M. HENDERSON
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7236
asu@edf.org
ahenderson@edf.org

MEGAN M. HERZOG
KERI R. DAVIDSON
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Avenue, SE
Washington, DC 20003
(203) 215-6188
megan@donahuegoldberg.com
keri@donahuegoldberg.com

*Counsel for Environmental Defense Fund*

ADINA H. ROSENBAUM
ALLISON M. ZIEVE
Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org
azieve@citizen.org

*Counsel for Public Citizen*

**CERTIFICATE OF SERVICE**

I hereby certify on this 9th day of October, 2026, that the foregoing Rule 26.1 Disclosure Statement has been filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit, using the CM/ECF System. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Joshua A. Berman
Joshua A. Berman
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org