NOTICE TO THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
OF MULTICIRCUIT PETITIONS FOR REVIEW

| | |
|---|---|
| In re: National Highway Traffic Safety Administration, Department of Transportation, *The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks*, 91 Fed. Reg. 61,988 (Sept. 30, 2026). | MPC No. ______ |

**Notice of Multicircuit Petitions for Review**

Under 28 U.S.C. § 2112(a)(3) and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the National Highway Traffic Safety Administration and the U.S. Department of Transportation notify the Judicial Panel on Multidistrict Litigation of six petitions for review of the same agency rule. *See The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks*, 91 Fed. Reg. 61,988 (Sept. 30, 2026).

These petitions were filed in six different courts of appeals within 10 days after the rule's issuance and were received by the agency from petitioners within the applicable 10-day period. 28 U.S.C. § 2112(a)(1), (3).

With this notice we also submit: (1) a schedule listing the six petitions for review; (2) a copy of each petition; and (3) the challenged rule. Panel R. 25.2. And as indicated in the attached proof of service, we are serving this notice on the

clerks of the courts where petitions have been filed as well as on counsel for all parties in the petitions. Panel R. 25.3.

Submitted on October 15, 2026

Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

Robert N. Stander
*Deputy Assistant Attorney General*

*/s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Energy & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 598-5334
Sue.Chen@usdoj.gov

*Counsel for National Highway Traffic Safety Administration, Jonathan Morrison, and Sean Duffy*

**Schedule Required by Rule 25.2**

A. The challenged rule was posted for public inspection on September 29, 2026, and published in the Federal Register on September 30, 2026.

B. Petitions for review that meet the criteria for random selection under 28 U.S.C. § 2112(a):

| **Case name** | **Circuit court** | **Docket No.** | **Filing Date** | **Date received by agency** |
|---|---|---|---|---|
| Center for Biological Diversity, Conservation Law Foundation, Environmental Defense Fund, Public Citizen, and Sierra Club v. National Highway Traffic Safety Administration; Jonathan Morrison, in his official capacity as Administrator of the National Highway Traffic Safety Administration; and Sean Duffy, in his official capacity as Secretary of the U.S. Department of Transportation | D.C. Circuit | 26-1261 | 10/2/2026 | 10/2/2026 |
| State of California, State of Arizona, State of Colorado, State of Connecticut, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Maine, State of Maryland, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of | First Circuit | 26-2120 | 10/2/2026 | 10/2/2026 |

| | | | | |
|---|---|---|---|---|
| Oregon, State of Rhode Island, State of Vermont, State of Washington, State of Wisconsin, City of Chicago, City and County of Denver, City of Los Angeles, City of New York, and City and County of San Francisco v. National Highway Traffic Safety Administration; Jonathan Morrison, in his official capacity as Administrator of the National Highway Traffic Safety Administration; and Sean Duffy, in his official capacity as Secretary of the U.S. Department of Transportation | | | | |
| Natural Resources Defense Council v. National Highway Traffic Safety Administration; Jonathan Morrison, in his official capacity as Administrator of the National Highway Traffic Safety Administration; and Sean Duffy, in his official capacity as Secretary of the U.S. Department of Transportation | Second Circuit | 26-2781 | 10/2/2026 | 10/2/2026 |
| Texas Food and Fuel Association v. National Highway Traffic Safety Administration; Jonathan Morrison, in his official capacity as Administrator of the National Highway Traffic Safety Administration; and Sean Duffy, in his official capacity as Secretary of the | Fifth Circuit | 26-60867 | 10/7/2026 | 10/7/2026 |

| | | | | |
|---|---|---|---|---|
| U.S. Department of Transportation | | | | |
| Kentucky Corn Growers Association, Michigan Corn Growers Association, Ohio Corn Growers Association, and Tennessee Corn Growers Association v. National Highway Traffic Safety Administration; Jonathan Morrison, in his official capacity as Administrator of the National Highway Traffic Safety Administration; and Sean Duffy, in his official capacity as Secretary of the U.S. Department of Transportation | Sixth Circuit | 26-3923 | 10/7/2026 | 10/7/2026 |
| American Free Enterprise Chamber of Commerce v. National Highway Traffic Safety Administration; Jonathan Morrison, in his official capacity as Administrator of the National Highway Traffic Safety Administration; and Sean Duffy, in his official capacity as Secretary of the U.S. Department of Transportation | Eighth Circuit | 26-3041 | 10/7/2026 | 10/7/2026 |

Submitted on October 15, 2026

Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

Robert N. Stander
*Deputy Assistant Attorney General*

*/s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Energy & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 598-5334
Sue.Chen@usdoj.gov

*Counsel for National Highway Traffic Safety Administration, Jonathan Morrison, and Sean Duffy*

**Proof of Service**

I certify that on October 15, 2026, I directed that a copy of the foregoing notice be served to the following courts by CM/ECF:[1]

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue NW
Washington, DC 20001

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Thomas B. Plunkett, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Kelly L. Stephens, Clerk of Court
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

Susan E. Bindler, Clerk of Court

[1] The service copies sent to the courts of appeals and counsel do not include the attachment of the challenged rule.

U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton United States Courthouse
111 South 10th Street
Room 26.325
St. Louis, MO 63102

Also on October 15, 2026, I emailed copies of the foregoing notice to the following counsel and directed that copies also be sent to them by mail or third-party commercial carrier:

- D.C. Cir., No. 26-1261

David Pettit
Center for Biological Diversity
2100 Franklin Street, Suite 375
Oakland, CA 94612
510-844-7100
dpettit@biologicaldiversity.org
*Counsel for Center for Biological Diversity*

James Crowley
Conservation Law Foundation
235 Promenade Street, Suite 560
Providence, RI 02908
401-228-1905
jcrowley@clf.org
*Counsel for Conservation Law Foundation*

Megan M. Herzog
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Avenue SE
Washington, DC 20003
203-215-6188
megan@donahuegoldberg.com
*Counsel for Environmental Defense Fund*

Andrew Su
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302

303-447-7236
asu@edf.org
*Counsel for Environmental Defense Fund*

Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000
arosenbaum@citizen.org
*Counsel for Public Citizen*

Joshua Berman
Sierra Club
50 F Street NW
Eighth Floor
Washington, DC 20001
202-650-6062
josh.berman@sierraclub.org
*Counsel for Sierra Club*

Vera Pardee
Law Offices of Vera Pardee
726 Euclid Avenue
Berkeley, CA 94708
858-717-1448
pardeelaw@gmail.com
*Counsel for Sierra Club*

- 1st Cir., No. 26-2120

Seth Schofield
Energy and Environment Bureau
Office of the Attorney General
1 Ashburton Place, 20th Floor
Boston, MA 02108-0000
617-727-2200
Seth.schofield@mass.gov
*Counsel for the Commonwealth of Massachusetts*

Theodore A. McCombs
Office of the Attorney General
600 W Broadway, Suite 1800
San Diego, CA 92101
619-738-9003
theodore.mccombs@doj.ca.gov
*Counsel for the State of California*

Andy McCoy
Environmental Protection Unit
Office of the Attorney General for the State of Arizona
2005 N Central Avenue
Phoenix, AZ 85004
602-515-1392
Andy.mccoy@azag.gov
*Counsel for the State of Arizona*

Carrie Noteboom
Colorado Department of Law
Natural Resources and Environment Section
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6285
Carrie.noteboom@coag.gov
*Counsel for the State of Colorado*

Scott N. Koschwitz
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
860-808-5250
Scott.koschwitz@ct.gov
*Counsel for the State of Connecticut*

Vanessa L. Kassab
Delaware Department of Justice
820 N French Street
Wilmington, DE 19801
302-683-8899
Vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

Caroline S. Van Zile
Office of the Attorney General for the District of Columbia
400 6th Street NW, Suite 8100
Washington, DC 20001
202-724-6609
Caroline.vanzile@dc.gov
*Counsel for the District of Columbia*

Lyle T. Leonard
Department of the Attorney General
465 S King Street, #200
Honolulu, HI 96813
808-587-3050
Lyle.t.leonard@hawaii.gov
*Counsel for the State of Hawaii*

Jason E. James
Office of the Attorney General
201 W Pointe Drive, Suite 7
Belleville, IL 62226
217-843-0322
Jason.james@ilag.gov
*Counsel for the State of Illinois*

Emma Akrawi
Maine Attorney General's Office
6 State House Station
Augusta, ME 04333
207-626-8800
Emma.akrawi@maine.gov
*Counsel for the State of Maine*

Steven J. Goldstein
Office of the Attorney General
200 St Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6414

sgoldstein@oag.state.md.us
*Counsel for the State of Maryland*

Elizabeth Morrisseau
Environment, Natural Resources, and Agricultural Division
6th Floor G. Mennen Williams Building
525 W Ottawa Street
PO Box 30755
Lansing, MI 48909
517-335-7664
MorrisseauE@michigan.gov
*Counsel for the People of the State of Michigan*

Peter N. Surdo
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
651-757-1061
Peters.surdo@ag.state.mn.us
*Counsel for the State of Minnesota*

Nell Hryshko
Division of Law
25 Market Street, PO Box 093
Trenton, NJ 08625
609-376-2740
Nell.hryshko@law.njoag.gov
*Counsel for the State of New Jersey*

J. Spenser Lotz
Environmental Protection Bureau
New Mexico Department of Justice
201 3rd Street NW, Suite 300
Albuquerque, NM 87201
505-616-7560
slotz@nmdoj.gov
*Counsel for the State of New Mexico*

Ashley M. Gregor
Office of the Attorney General

28 Liberty Street, 19th Floor
New York, NY 10005
212-416-8454
Ashley.gregor@ag.ny.gov
*Counsel for the State of New York*

Daniel P. Mosteller
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6600
dmosteller@ncdoj.gov
*Counsel for the State of North Carolina*

Paul Garrahan
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
503-947-4540
Paul.garrahan@doj.oregon.gov
*Counsel for the State of Oregon*

Nicholas M. Vaz
Rhode Island Office of the Attorney General
150 S Main Street
Providence, RI 02903
401-274-4400 ext. 2297
nvaz@riag.ri.gov
*Counsel for the State of Rhode Island*

Alexandria K. Doolittle
Office of the Attorney General
PO Box 40117
Olympia, WA 98504
360-586-6769
Alex.doolittle@atg.wa.gov
*Counsel for the State of Washington*

Gabe Johnson-Karp
Wisconsin Department of Justice

PO Box 7857
Madison, WI 53707
608-267-8904
Gabe.johnson-karp@wisdoj.gov
*Counsel for the State of Wisconsin*

Myriam Zreczny Kasper
City of Chicago Law Department
2 N LaSalle Street, Suite 540
Chicago, IL 60602
312-744-3564
Myriam.kasper@cityofchicago.org
*Counsel for the City of Chicago*

Kristin Brainerd
Denver City Attorney's Office
201 W Colfax Avenue, Dept. 1207
Denver, CO 80202
720-913-8050
Kristin.brainerd@denvergov.org
*Counsel for the City and County of Denver*

Jessica B. Brown
Public Rights Branch
Office of the Los Angeles City Attorney
201 N Figueroa Street, 13th Floor
Los Angeles, CA 90012
213-978-1864
Jessica.brown@lacity.org
*Counsel for the City of Los Angeles*

Susan Paulson
New York City Law Department
100 Church Street
New York, NY 10007
212-356-0821
spaulson@law.nyc.gov
*Counsel for the City of New York*

David Louk

San Francisco City Attorney's Office
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
415-554-4647
David.louk@sfcityatty.org
*Counsel for the City and County of San Francisco*

- 2d. Cir., No. 26-2781

Gavin G. McCabe
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
212-727-4529
gmccabe@nrdc.org
*Counsel for Natural Resources Defense Council*

- 5th Cir., No. 26-60867

Michael Buschbacher
Boyden Gray PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
202-955-0620
mbuschbacher@boydengray.com
*Counsel for Texas Food and Fuel Association*

- 6th Cir., No. 26-3923

Michael Buschbacher
Boyden Gray PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
202-955-0620
mbuschbacher@boydengray.com
*Counsel for Kentucky Corn Growers Association, Michigan Corn Growers Association, Ohio Corn Growers Association, and Tennessee Corn Growers Association*

- 8th Cir., No. 26-3041

Michael Buschbacher
Boyden Gray PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
202-955-0620
mbuschbacher@boydengray.com
*Counsel for American Free Enterprise Chamber of Commerce*

Submitted on October 15, 2026

Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

Robert N. Stander
*Deputy Assistant Attorney General*

*/s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Energy & Natural Resources Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 598-5334
Sue.Chen@usdoj.gov

*Counsel for National Highway Traffic Safety Administration, Jonathan Morrison, and Sean Duffy*

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

CENTER FOR BIOLOGICAL DIVERSITY, CONSERVATION LAW FOUNDATION, ENVIRONMENTAL DEFENSE FUND, PUBLIC CITIZEN, and SIERRA CLUB,

*Petitioners*,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, in his official capacity as Administrator of the National Highway Traffic Safety Administration; and SEAN DUFFY, in his official Capacity as Secretary of the U.S. Department of Transportation,

*Respondents*.

Case No. 26-1261

UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
CLERK OCT 02 2026
FILED

**PETITION FOR REVIEW**

In accordance with 49 U.S.C. § 32909(a)(1), Federal Rule of Appellate Procedure 15, and D.C. Circuit Rule 15(a)(1), Petitioners Center for Biological Diversity, Conservation Law Foundation, Environmental Defense Fund, Public Citizen, and Sierra Club hereby petition this Court for review of the final action taken by Respondent National Highway Traffic Safety Administration entitled "The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years

2022 to 2031 Passenger Cars and Light Trucks" (attached hereto), published at 91 Fed. Reg. 61,988 (September 30, 2026).

Respectfully submitted,
/s/ Joshua A. Berman
JOSHUA A. BERMAN
Senior Attorney
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org

VERA PARDEE
726 Euclid Avenue
Berkeley, CA 94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Sierra Club*

(additional counsel on following page)

DAVID PETTIT
Senior Attorney
Center for Biological Diversity
2100 Franklin St., Ste. 375
Oakland, CA 94612
(510) 844-7100
dpettit@biologicaldiversity.org

*Counsel for Center for Biological Diversity*

JAMES CROWLEY
Conservation Law Foundation
235 Promenade St., Ste. 560
Providence, RI 02908
(401) 228-1905
jcrowley@clf.org

*Counsel for Conservation Law Foundation*

ANDREW P. SU
ALICE M. HENDERSON
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7236
asu@edf.org
ahenderson@edf.org

MEGAN M. HERZOG
KERI R. DAVIDSON
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Avenue, SE
Washington, DC 20003
(203) 215-6188
megan@donahuegoldberg.com
keri@donahuegoldberg.com

*Counsel for Environmental Defense Fund*

ADINA H. ROSENBAUM
ALLISON M. ZIEVE
Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org
azieve@citizen.org

*Counsel for Public Citizen*

## CERTIFICATE OF SERVICE

I hereby certify that I caused three true and correct copies of this Petition for Review to be served on October 2, 2026, by hand on the following address, which is common to both the National Highway Traffic Safety Administration and the U.S. Department of Transportation:

1200 New Jersey Avenue SE
Washington DC 20590

/s/ Joshua A. Berman
Joshua A. Berman
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

RECEIVED FOR FILING
IN CLERK'S OFFICE
2026 OCT -2 A 8:57
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF CALIFORNIA, STATE OF ARIZONA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAI'I, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, STATE OF WISCONSIN, CITY OF CHICAGO, CITY AND COUNTY OF DENVER, CITY OF LOS ANGELES, CITY OF NEW YORK, and CITY AND COUNTY OF SAN FRANCISCO,

*Petitioners*,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, in his official capacity as Administrator of the National Highway Traffic Safety Administration; and SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation,

*Respondents*.

Case No. 26-

**PETITION FOR REVIEW**

Pursuant to Federal Rule of Appellate Procedure 15(a), Circuit Rule 15, and the Energy Policy and Conservation Act, 49 U.S.C. § 32909(a), the States of California, Arizona, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Washington, and Wisconsin, the Commonwealth of Massachusetts, the District of Columbia, the City of Chicago, the City & County of Denver, the City of Los Angeles, the City of New York, and the City & County of San Francisco petition this Court to review the National Highway Traffic Safety Administration's (NHTSA) final rule titled "Safer Affordable Fuel-Efficient Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks," published at 91 Fed. Reg. 61,988 (Sept. 30, 2026) (SAFE III).

This petition is related to *California v. NHTSA*, Nos. 25-8019, 25-1595, 25-1642, 25-1846 (1st Cir.), the consolidated challenges to NHTSA's rule "Resetting the Corporate Average Fuel Economy Program," 90 Fed. Reg. 24,518 (June 11, 2025) (the Resetting Rule). The Resetting Rule set out NHTSA's reinterpretation of the statutes governing the federal fuel-economy program, which is the foundation for the SAFE III rule; by consent of the parties, *California v. NHTSA* was placed in abeyance to await the finalization of SAFE III. *California v. NHTSA*, No. 25-8019, Doc. 00118350641 (Oct. 8, 2025); *id.*, Doc. 118368665 (Nov. 19, 2025).

Dated: October 2, 2026

Respectfully submitted,

FOR THE COMMONWEALTH OF MASSACHUSETTS

ANDREA JOY CAMPBELL
Attorney General

/s/ *Seth Schofield*

SETH SCHOFIELD
Senior Appellate Counsel
JON WHITNEY
Special Assistant Attorney General
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Flr.
Boston, Mass. 02108
(617) 727-2200
seth.schofield@mass.gov
jon.whitney@mass.gov

FOR THE STATE OF CALIFORNIA

ROB BONTA
Attorney General

ANNADEL ALMENDRAS
DEBORAH SMITH
Senior Asst. Attorneys General
MYUNG J. PARK
DAVID ZAFT
Supervising Deputy Attorneys General

/s/ *Theodore A. McCombs*

NATALIE COLLINS
MADISON LANE
ELIZABETH LAKE
THEODORE A. MCCOMBS
Deputy Attorneys General
(619) 738-9003
theodore.mccombs@doj.ca.gov

FOR THE STATE OF ARIZONA

KRISTIN K. MAYES
Attorney General

*/s/ Andy McCoy*
ANDY MCCOY
Environmental Protection Unit
Office of the Attorney General for the State of Arizona
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 515-1392
andy.mccoy@azag.gov

FOR THE STATE OF COLORADO

PHILIP J. WEISER
Attorney General

*/s/ Carrie Noteboom*
CARRIE NOTEBOOM
Assistant Deputy Attorney General
Colorado Department of Law
Natural Resources and Environment Section
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6285
carrie.noteboom@coag.gov

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

*/s/ Scott N. Koschwitz*
MATTHEW I. LEVINE
Deputy Associate Attorney General
SCOTT N. KOSCHWITZ
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, Connecticut 06106
(860) 808-5250
scott.koschwitz@ct.gov

FOR THE STATE OF DELAWARE

KATHLEEN JENNINGS
Attorney General

/s/ *Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
ROBIN L. JACOBS
Assistant Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

FOR THE DISTRICT OF COLUMBIA

BRIAN L. SCHWALB
Attorney General

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General for the District of Columbia
400 6th Street N.W., Suite 8100
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov

FOR THE STATE OF HAWAI'I

ANNE E. LOPEZ
Attorney General

*/s/ Lyle T. Leonard*
LYLE T. LEONARD
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii 96813
(808) 587-3050
lyle.t.leonard@hawaii.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

*/s/ Jason E. James*
JASON E. JAMES
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/Asbestos Litigation Division
JOANNA BRINKMAN
Complex Litigation Counsel
Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
jason.james@ilag.gov

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General

*/s/ Emma Akrawi*
EMMA AKRAWI
Assistant Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
Emma.Akrawi@maine.gov

FOR THE STATE OF MARYLAND

ANTHONY G. BROWN
Attorney General

*/s/ Steven J. Goldstein*

MICHAEL F. STRANDE
Assistant Attorney General
Maryland Dept. of the Environment
1800 Washington Blvd.
Baltimore, MD 21230
(410) 537-3421
Michael.Strande@maryland.gov

STEVEN J. GOLDSTEIN
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

FOR THE PEOPLE OF THE STATE OF MICHIGAN

DANA NESSEL
Attorney General

*/s/ Elizabeth Morrisseau*

ELIZABETH MORRISSEAU
Assistant Attorney General
Environment, Natural Resources, and Agriculture Division
6th Floor G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
MorrisseauE@michigan.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON
Attorney General

*/s/ Joseph Richie*

JOSEPH RICHIE
Special Counsel
PETER N. SURDO
Special Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2127
(651) 757-1061
peter.surdo@ag.state.mn.us

FOR THE STATE OF NEW JERSEY

JENNIFER DAVENPORT
Attorney General

*/s/ Nell Hryshko*

NELL HRYSHKO
Deputy Attorney General
Division of Law
25 Market St., P.O. Box 093
Trenton, NJ 08625
(609) 376-2740
nell.hryshko@law.njoag.gov

FOR THE STATE OF NEW MEXICO

RAÚL TORREZ
ATTORNEY GENERAL

/s/ *J. Spenser Lotz*
J. SPENSER LOTZ
Assistant Attorney General
Environmental Protection Bureau
New Mexico Department of Justice
201 Third St. NW, Suite 300
Albuquerque, NM 87201
(505) 616-7560
slotz@nmdoj.gov

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

JUDITH N. VALE
Deputy Solicitor General
ELIZABETH A. BRODY
Assistant Solicitor General
YUEH-RU CHU
Chief, Affirmative Litigation Section
Environmental Protection Bureau

*/s/ Ashley M. Gregor*
ASHLEY M. GREGOR
Assistant Attorney General
28 Liberty Street, 19th Floor
New York, NY 10005
(212) 416-8454
ashley.gregor@ag.ny.gov

FOR THE STATE OF NORTH CAROLINA

JEFF JACKSON
Attorney General

/s/ *Daniel P. Mosteller*
DANIEL P. MOSTELLER
Associate Deputy Attorney General
ASHER P. SPILLER
Senior Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6600
Dmosteller@ncdoj.gov
ASpiller@ncdoj.gov

FOR THE STATE OF OREGON

DAN RAYFIELD
Attorney General

/s/ *Paul Garrahan*
PAUL GARRAHAN
Sr. Asst. Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

FOR THE STATE OF RHODE ISLAND

PETER F. NERONHA
Attorney General

*/s/ Nicholas M. Vaz*
NICHOLAS M. VAZ
Assistant Attorney General
Environment and Energy Unit Chief
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

FOR THE STATE OF WASHINGTON

NICHOLAS W. BROWN
Attorney General

*/s/ Alexandria Doolittle*
ALEXANDRIA K. DOOLITTLE
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, Washington 98504-0117
(360) 586-6769
Alex.Doolittle@atg.wa.gov

FOR THE STATE OF WISCONSIN

JOSHUA L. KAUL
Attorney General

*/s/ Gabe Johnson-Karp*
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8904
Gabe.Johnson-Karp@wisdoj.gov

FOR THE CITY OF CHICAGO

RENEE HATCHER
Acting Corporation Counsel

*/s/ Myriam Zreczny Kasper*
MYRIAM ZRECZNY KASPER
Deputy Corporation Counsel
GABRIELLE SIGEL
Asst. Corporation Counsel Supervisor
BRADLEY R. RYBA
Asst. Corporation Counsel
City of Chicago Law Department
2 North LaSalle Street, Suite 540
Chicago, IL 60602
(312) 744-3564
Myriam.Kasper@cityofchicago.org
Gabrielle.Sigel@cityofchicago.org
Bradley.Ryba@cityofchicago.org

FOR THE CITY AND COUNTY OF DENVER

MIKO ANDO BROWN
City Attorney

*/s/ Kristin Brainerd*
KRISTIN BRAINERD
Assistant City Attorney
Denver City Attorney's Office
201 W. Colfax Avenue, Dept. 1207
Denver, CO 80202
(720) 913-8050
Kristin.Brainerd@denvergov.org

FOR THE CITY OF LOS ANGELES

HYDEE FELDSTEIN SOTO
Los Angeles City Attorney

*/s/ Jessica B. Brown*
Jessica B. Brown
Assistant City Attorney
Public Rights Branch
Office of the Los Angeles City Attorney
201 N. Figueroa St., 13th Floor
Los Angeles, CA 90012
(213) 978-1864
Jessica.Brown@lacity.org

FOR THE CITY OF NEW YORK

STEVEN BANKS
CORPORATION COUNSEL

ALICE R. BAKER
Senior Counsel

*/s/ Susan Paulson*
SUSAN PAULSON
Senior Counsel
New York City Law Department
100 Church Street
New York, New York
(212) 356-0821
spaulson@law.nyc.gov

FOR THE CITY AND COUNTY OF SAN FRANCISCO

DAVID CHIU
City Attorney

*/s/ David Louk*
DAVID LOUK
ROBB KAPLA
SOPHIA L. CAI
Deputy City Attorneys
City Attorney's Office
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
(415) 554-4647
David.Louk@sfcityatty.org
Robb.Kapla@sfcityatty.org
Sophia.Cai@sfcityatty.org

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

NATURAL RESOURCES DEFENSE COUNCIL,

*Petitioner*,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, in his official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; and SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation,

*Respondents*.

**Petition for Review**

Case No. 26-______

**PETITION FOR REVIEW**

Pursuant to 49 U.S.C. § 32909(a)(1) and Rule 15(a) of the Federal Rules of Appellate Procedure, Petitioner Natural Resources Defense Council seeks review of final action of the National Highway Traffic Safety Administration published under the title *The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks,* 91 Fed. Reg. 61988 (September 30, 2026).

A copy of the challenged final rule is being filed as Exhibit A to this petition.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Gavin G. McCabe*
Gavin McCabe
Natasha Brunstein
Natural Resources Defense Council
40 W. 20th Street
New York, NY 10011
gmccabe@nrdc.org
nbrunstein@nrdc.org
(212) 727-4529

Counsel for Natural Resources
Defense Council

**RULE 26.1 DISCLOSURE STATEMENT**

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure 26.1, Petitioner make the following disclosure:

Natural Resources Defense Council states that it is a non-profit environmental organization. NRDC has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Gavin G. McCabe*
Gavin McCabe
Natasha Brunstein
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
gmccabe@nrdc.org
nbrunstein@nrdc.org
(212) 727-4529

## CERTIFICATE OF COMPLIANCE WITH TYPE-FACE AND TYPE-STYLE REQUIREMENTS

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word Version 2608 in Times New Roman, Size 14.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Gavin G. McCabe*
Gavin G. McCabe

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed the foregoing **Petition for Review** and **Rule 26.1 Disclosure Statement** and all attachments with the Clerk of the Court.

I further certify that on this 2nd day of October, 2026, I caused a true and correct copy of this Petition for Review to be served by hand on the following address, which is common to both the National Highway Traffic Safety Administration and the U.S. Department of Transportation:

1200 New Jersey Avenue SE
Washington DC 20590

Dated: October 2, 2026

Respectfully submitted,

*/s/ Gavin G. McCabe*
Gavin G. McCabe

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

U.S. COURT OF APPEALS
RECEIVED
Oct 07, 2026
FIFTH CIRCUIT

TEXAS FOOD AND FUEL ASSOCIATION,

*Petitioner*,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, *in his official capacity as Administrator of the National Highway Traffic Safety Administration*; and SEAN DUFFY, *in his official capacity as Secretary of the United States Department of Transportation*,

*Respondents*.

No. 26-______
Docket No. NHTSA-2025-0491

**PETITION FOR REVIEW**

Pursuant to 49 U.S.C. § 32909(a)(1) and Federal Rule of Appellate Procedure 15(a), the Texas Food and Fuel Association ("Petitioner") hereby petitions this Court for review of the United States National Highway Traffic Safety Administration's ("NHTSA") final rule, *The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks*, signed on September 25, 2026,

and published at 91 Fed. Reg. 61,988 (Sept. 30, 2026). A copy of the final rule is attached as Exhibit A.

Jurisdiction and venue are proper under 49 U.S.C. § 32909(a)(1), because Petitioner is adversely affected by a regulation prescribed under 49 U.S.C. § 32902 and because Petitioner resides in this Circuit.

Dated: October 7, 2026

Respectfully submitted,

/s/ Michael Buschbacher
Michael Buschbacher
*Counsel of Record*
James R. Conde
Laura B. Ruppalt
Taylor M. Myers
BOYDEN GRAY PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I certify that on October 7, 2026, the above Petition for Review was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system.

I will also cause a copy of the Petition to be delivered by certified mail to:

Peter Simshauser
Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Gregory Zerzan
General Counsel
U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Respectfully submitted,
*/s/ Michael Buschbacher*
Michael Buschbacher
Counsel for Petitioner

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| KENTUCKY CORN GROWERS ASSOCIATION; MICHIGAN CORN GROWERS ASSOCIATION; OHIO CORN GROWERS ASSOCIATION; TENNESSEE CORN GROWERS ASSOCIATION,<br><br>*Petitioners*,<br><br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, *in his official capacity as Administrator of the National Highway Traffic Safety Administration*; and SEAN DUFFY, *in his official capacity as Secretary of the United States Department of Transportation*,<br><br>*Respondents*. | No. 26-______<br>Docket No. NHTSA-2025-0491 |

**PETITION FOR REVIEW**

Pursuant to 49 U.S.C. § 32909(a)(1) and Federal Rule of Appellate Procedure 15(a), the Kentucky Corn Growers Association, the Michigan Corn Growers Association, the Ohio Corn Growers Association, and the Tennessee Corn Growers Association ("Petitioners") hereby petition this

Court for review of the United States National Highway Traffic Safety Administration's ("NHTSA") final rule, *The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks*, signed on September 25, 2026, and published at 91 Fed. Reg. 61,988 (Sept. 30, 2026). A copy of the final rule is attached as Exhibit A.

This petition is related to multi-circuit consolidated cases pending in this Circuit: *In Re: National Highway Traffic Safety Administration Department of Transportation Corporate Average Fuel Economy Standard for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy Duty Pickup Trucks and Vans for Model Years 2030 and Beyond*, 89 Fed. Reg. 52,540, Published On June 24, 2024, No. 24-7001, et seq. At the federal government's unopposed request, the related case was placed in abeyance pending reconsideration of the final rule by the agency. The present final rule revises the 2027 model year and beyond standards challenged in No. 24-7001, et seq.

Jurisdiction and venue are proper under 49 U.S.C. § 32909(a)(1), because Petitioners are adversely affected by a regulation prescribed under 49 U.S.C. § 32902 and because Petitioners all reside in this Circuit.

Dated: October 7, 2026

Respectfully submitted,

/s/ Michael Buschbacher
Michael Buschbacher
*Counsel of Record*
James R. Conde
Laura B. Ruppalt
Taylor M. Myers
BOYDEN GRAY PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2026, the above Petition for Review was electronically filed with the United States Court of Appeals for the Sixth Circuit using the CM/ECF system.

I will also cause a copy of the Petition to be delivered by certified mail to:

Peter Simshauser
Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Gregory Zerzan
General Counsel
U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Respectfully submitted,
*/s/ Michael Buschbacher*
Michael Buschbacher
Counsel for Petitioners

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 07, 2026

Mr. Michael B. Buschbacher
Boyden Gray
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Mr. Joshua Koppel
U.S. Department of Justice
Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7218
Washington, DC 20530

Mr. Peter Simshauser
U.S. Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590

Mr. Gregory Zerzan
U.S. Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590

Re: Case No. 26-3923
*Kentucky Corn Growers Association, et al v. NHTSA, et al*
Originating Case No. NHTSA-2025-0491

Dear Counsel,

This case has been docketed as number **26-3923** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The following case opening items should be docketed with the Clerk's office by **October 21, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space. If payment did not accompany the petition for review, the $600 filing fee should also be paid by this date.

Petitioner: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Respondent: Appearance of Counsel

These deadlines are important - if the initial case opening items are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Sharday
Direct Dial No. 513-564-7027

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3923**

KENTUCKY CORN GROWERS ASSOCIATION; MICHIGAN CORN GROWERS ASSOCIATION; OHIO CORN GROWERS ASSOCIATION; TENNESSEE CORN GROWERS ASSOCIATION

Petitioners

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, in his official capacity as Administrator of the National Highway Traffic Safety Administration; SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation

Respondents

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

FILED
OCT 07 2026
U.S. Court of Appeals
Eighth Circuit – St. Paul, MN

AMERICAN FREE ENTERPRISE CHAMBER OF COMMERCE,

*Petitioner*,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, *in his official capacity as Administrator of the National Highway Traffic Safety Administration;* and SEAN DUFFY, *in his official capacity as Secretary of the United States Department of Transportation*,

*Respondents*.

No. 26- 3041
Docket No. NHTSA-2025-0491

RECEIVED
OCT 07 2026
U.S. Court of Appeals
Eighth Circuit – St. Paul, MN

**PETITION FOR REVIEW**

Pursuant to 49 U.S.C. § 32909(a)(1) and Federal Rule of Appellate Procedure 15(a), the American Free Enterprise Chamber of Commerce ("Petitioner") hereby petitions this Court for review of the United States National Highway Traffic Safety Administration's ("NHTSA") final rule, *The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks*, signed on

September 25, 2026, and published at 91 Fed. Reg. 61,988 (Sept. 30, 2026). A copy of the final rule is attached as Exhibit A.

Jurisdiction and venue are proper under 49 U.S.C. § 32909(a)(1), because Petitioner is adversely affected by a regulation prescribed under 49 U.S.C. § 32902 and because Petitioner resides in this Circuit.

Dated: October 7, 2026

Respectfully submitted,

/s/ Michael Buschbacher

Michael Buschbacher
*Counsel of Record*
James R. Conde
Laura B. Ruppalt
Taylor M. Myers
BOYDEN GRAY PLLC
800 Connecticut Ave NW, #900
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Petitioner*

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2026, the above Petition for Review was electronically filed with the United States Court of Appeals for the Eighth Circuit using the CM/ECF system.

I will also cause a copy of the Petition to be delivered by certified mail to:

Peter Simshauser
Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Gregory Zerzan
General Counsel
U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, SE
Washington, D.C. 20590

Respectfully submitted,
*/s/ Michael Buschbacher*
Michael Buschbacher
Counsel for Petitioner