# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1261** **September Term, 2026**

**NHTS-91FR61988**

**Filed On: October 27, 2026 [2200526]**

Center for Biological Diversity, et al.,

Petitioners

v.

National Highway Traffic Safety Administration, et al.,

Respondents

## ORDER

It appearing that the United States Court of Appeals for the First Circuit has been randomly selected by the U.S. Judicial Panel on Multidistrict Litigation as the court to review this case, it is

**ORDERED** that this case be transferred to the United States Court of Appeals for the First Circuit. The Clerk is directed to send a copy of the order of the U.S. Judicial Panel on Multidistrict Litigation, a copy of this order, and this court's original file to the United States Court of Appeals for the First Circuit.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Scott H. Atchue
Deputy Clerk